# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WIDARYS RODRIGUEZ,

        Plaintiff,

v.                                   Case No:   6:22-cv-1056-RBD-LHP

SIEMENS ENERGY, INC.,

        Defendant

---

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR RECONSIDERATION AS TO ORDER OF ATTORNEY'S FEES [DE 16] (Doc. No. 22)** |
| **FILED:** | **March 3, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of the representations made by Attorney Jennifer Sniadecki in the Unopposed Motion for Reconsideration (Doc. No. 22), the Motion for Reconsideration will be **GRANTED**, and Attorney Sniadecki will not be held liable for the fees awarded in favor of Defendant and against Plaintiff and counsel.

*See* Doc. No. 16, at 5–6.   The fee award remains in full force and effect as to Plaintiff and her current counsel, Attorney Mark Bonfanti.   *See id.*

Attorney Sniadecki is reminded of her obligation to comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders.   Although the Court grants the instant motion as unopposed, Attorney Sniadecki is cautioned that her failure to independently verify her status as counsel in this case barely suffices to warrant the relief sought.

**DONE** and **ORDERED** in Orlando, Florida on March 6, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties