# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WIDARYS RODRIGUEZ,

        Plaintiff,

v.                                                Case No:   6:22-cv-1056-RBD-LHP

SIEMENS ENERGY, INC.,

        Defendant

---

## ORDER

This matter comes before the Court on review of the Joint Notice of Agreement and Motion for Entry of Order Granting Award of Attorneys' Fees and Costs (Doc. No. 25), in which the parties agree that Defendant should be awarded $4,502.00 in relation to a motion to compel.   Doc. No. 25.   *See also* Doc. Nos. 15–16, 23.   Pursuant to the parties' agreement, the Joint Notice of Agreement and Motion (Doc. No. 25) is **GRANTED**, and it is **ORDERED** that Defendant is hereby awarded $4,502.00 in sanctions related to the motion to compel, which is levied jointly and severally against Plaintiff and her counsel.   *See* Fed. R. Civ. P. 37(a)(5)(A).   *See also* Doc. Nos. 16, 23.   Payment shall be made to Defendant on or before **April 4, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties